284

JEFFERSON COUNTY LODGE #14, FRA-
TERNAL ORDER OF POLICE,
Appellant,

v.

JEFFERSON COUNTY FISCAL COURT,
Appellee.

Court of Appeals of Kentucky.

May 3, 1974.

Appeal from Chancery Branch, First Division, Jefferson Circuit Court; Macauley Smith, Judge.

Manny H. Frockt, Frockt & Benovitz, Louisville, for appellant.

J. Bruce Miller, Jefferson Co. Atty., Eugene L. Mosley, Louisville, for appellee.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

Ernest ANGEL et al., Appellants,

v.

Julius ANGEL, Administrator of the Estate
of Shelby Angel, Deceased, etc.,
et al., Appellees.

Court of Appeals of Kentucky.

May 3, 1974.

Appeal from Carroll Circuit Court; James R. Ford, Judge.

William G. Reed, Carrollton, for appellants.

H. Douglas Rouse, Carrollton, for appellees.

Memorandum Opinion of the Court by Special Commissioner J. T. HATCHER, Affirming.*

Ralph J. THOMURE, Appellant,

v.

Joe PRITCHETT and Juanita Pritchett,
Appellees.

Court of Appeals of Kentucky.

May 3, 1974.

Appeal from Calloway Circuit Court; James M. Lassiter, Judge.

Nat Ryan Hughes, Hughes & Gregory, Murray, for appellant.

Stephen C. Sanders, Murray, Marvin C. Prince, Benton, for appellees.

Memorandum Opinion of the Court by Commissioner CATINNA, Affirming.*

William Jacob BRUCE, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

May 3, 1974.

Appeal from Hopkins Circuit Court; Thomas B. Spain, Judge.

William Jacob Bruce, pro se.

Ed W. Hancock, Atty. Gen., G. Edward James, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

* Opinion ordered not to be published.